UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 01647
    WILLIE D DIGGS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-3526

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/19/2005 and was confirmed 06/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/24/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GENERAL MOTORS ACCEPTANC | SECURED NOT I | 9965.09 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | 17382.47 | .00 | 17382.47 |
| US BANK NA | CURRENT MORTG | 8806.95 | .00 | 8806.95 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 34446.27 | .00 | 16057.30 |
| US BANK NA | MORTGAGE ARRE | 25852.42 | .00 | 17214.57 |
| RONALD ROESER | NOTICE ONLY | NOT FILED | .00 | .00 |
| JOHNSON BLUMBERG & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| MCSI | UNSEC W/INTER | 250.00 | .00 | .00 |
| LEADING EDGE RECOVERY SO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MEDCLR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NICOR GAS | UNSEC W/INTER | 796.05 | .00 | .00 |
| OXFORD COLLECTION SERVIC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PROVIDENT CFS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LITTON LOAN SERVICING LP | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSEC W/INTER | 391.19 | .00 | .00 |
| CHARTER ONE AUTO FINANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| GENERAL MOTORS ACCEPTANC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ADT SECURITY SYSTEMS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| B-LINE LLC | FILED LATE | 1308.60 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 2385.00 | .00 | 1588.12 |
| ASSISTANT STATE ATTORNEY | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED | 889.91 | .00 | 591.48 |
| KLUEVER & PLATT | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROESER & VUCHA | NOTICE ONLY | NOT FILED | .00 | .00 |
| GENERAL MOTORS ACCEPTANC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED NOT I | 1355.59 | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | 134.20 | | 134.20 |
| TOM VAUGHN | TRUSTEE | | | 3,172.91 |
| DEBTOR REFUND | REFUND | | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 01647 WILLIE D DIGGS

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------

|              | RECEIPTS  | DISBURSEMENTS |
|--------------|-----------|---------------|
| TRUSTEE      | 64,948.00 |               |
| PRIORITY     |           | .00           |
| SECURED      |           | 61,640.89     |
| UNSECURED    |           | .00           |
| ADMINISTRATIVE |         | 134.20        |
| TRUSTEE COMPENSATION |   | 3,172.91      |
| DEBTOR REFUND |          | .00           |
| TOTALS       | 64,948.00 | 64,948.00     |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE